**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 11-7162**

—————————

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

WILLIE BRIAN WILLIAMS,

                    Defendant – Appellant.

—————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   T.S. Ellis, III, Senior
District Judge.  (1:08-cr-00112-TSE-1; 1:11-cv-00220-TSE)

—————————

Submitted:  February 9, 2012        Decided:  February 14, 2012

—————————

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Willie Brian Williams, Appellant Pro Se. Julie Jackson Allen,
Marc Harry Pachon, OFFICE OF THE UNITED STATES ATTORNEY, Jack
Hanly, Assistant United States Attorney, Jeffrey L. Shih,
Special Assistant United States Attorney, Alexandria, Virginia,
for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Brian Williams seeks to appeal the district court's order dismissing his unauthorized successive 28 U.S.C.A. § 2255 (West Supp. 2011) motion for lack of jurisdiction. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Williams has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal.

Additionally, we construe Williams's notice of appeal and informal brief as an application to file a second or

successive § 2255 motion.  <u>United States v. Winestock</u>, 340 F.3d 200, 208 (4th Cir. 2003).  In order to obtain authorization to file a successive § 2255 motion, a prisoner must assert claims based on either: (1) newly discovered evidence that would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or (2) a new rule of constitutional law, previously unavailable, made retroactive by the Supreme Court to cases on collateral review.  28 U.S.C.A. § 2255(h)(1)-(2).  Williams's claims do not satisfy either of these criteria.  Therefore, we deny authorization to file a successive § 2255 motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>